UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **CC METALS AND ALLOYS, LLC,**<br><br>and<br><br>**FERROGLOBE USA, INC.,**<br><br>                      **Plaintiffs,**<br><br>      v.<br><br>**UNITED STATES,**<br><br>                      **Defendant.** | Court No. 25–00131<br><br><br>**SUMMONS** |

**TO:**    The Attorney General of the United States and the United States Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 § 1581(c) to contest the determination described below.

                                          /s/ Mario Toscano<br>
                                          Clerk of the Court

**Name and Standing of Plaintiffs**

1. Plaintiffs in this action, CC Metals and Alloys, LLC., and Ferroglobe USA, Inc., are American producers of ferrosilicon and were the petitioners in the challenged antidumping investigation of ferrosilicon from Malaysia before the U.S. Department of Commerce. Plaintiffs were interested parties within the meaning of 19 U.S.C. § 1677(9)(C). As parties that actively participated in the U.S. Department of Commerce's investigation, which resulted in the contested determination, Plaintiffs therefore have standing to bring this action under 28 U.S.C. § 2631(c) and 19 U.S.C. 1516a(d).

**Brief Description of Contested Determination**

2. Plaintiffs contest Commerce's final determination in the Less-Than-Fair-Value Investigation on *Ferrosilicon from Malaysia*. *See Ferrosilicon From Malaysia: Final Affirmative Determination of Sales at Less-Than-Fair-Value and Final Negative Determination of Critical Circumstances*, 90 Fed. Reg. 14,105 (Dept' of Commerce Mar. 28, 2025).

This determination is reviewable pursuant to 19 U.S.C. § 1516a(a)(2)(B)(i) and 28 U.S.C. § 1581(c). This summons is being filed within 30 days of the publication in

the Federal Register of the *Antidumping Order*, and is thus timely filed pursuant to 19 U.S.C. 1516a(a)(2)(A)(i)(II).

**Date of Contested Determination**

3. Commerce issued its Final Determination on March 28, 2025 and published its *Antidumping Order* on May 20, 2025. *See Ferrosilicon From Malaysia: Amended Final Determination of Sales at Less Than Fair Value; Ferrosilicon From Brazil, Kazakhstan, and Malaysia: Antidumping Orders*, 90 Fed. Reg. 21,456 (Dep't of Commerce May 20, 2025).

_____
Adam H. Gordon

The Bristol Group PLLC
1707 L Street NW, Suite 1050
Washington, DC 20036
adam.gordon@bristolgrouplaw.com
+1 202-991-2701

*Counsel to CC Metals and Alloys, LLC, and Ferroglobe USA, Inc.*

Dated: June 20, 2025

## SERVICE OF SUMMONS BY THE CLERK

This action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, as amended. This action is thus commenced by filing a summons, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Office of Chief Counsel for Enforcement and Compliance
U.S. Department of Commerce
1401 Constitution Ave., NW, Room 3627
Washington, DC 20230

Evangeline Keenan
Director, APO/Dockets Unit
U.S. Department of Commerce
14th Street & Constitution Ave., NW
Room 1874
Washington, DC 20230

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278

Attorney-In-Charge
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

## NOTICE TO INTERESTED PARTIES

I, Adam H. Gordon, certify that on June 20, 2025, pursuant to CIT Rule 3(f), I notified the interested parties listed below, who were party to the decision being contested, by mailing copies of the foregoing Summons by certified mail, return receipt requested.

Christine M. Streatfeild, Esq.
Representative of OM Materials (Sarawak) Sdn Bhd; OM Materials (S) Pte Ltd
Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, DC 20006-4078
Phone: 202-452-7000
Email: christine.streatfeild@bakermckenzie.com

William Moran, Esq.
Representative of Asia Minerals North America, LLC, Pertama Ferroalloys Sdn. Bhd.; Asia Minerals Limited
White & Case LLP
Marunouchi Trust Tower Main
26th Floor, 1-8-3 Marunouchi
Chiyoda-ku, Tokyo 100-0005
Phone: 81363843300
Email: wmoran@whitecase.com

*/s/ Adam H. Gordon*