**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HONORABLE JOSEPH A. LAROSKI, JR., JUDGE**

| | |
|---|---|
| CC METALS AND ALLOYS, LLC AND FERROGLOBE USA, INC., <br><br>            Plaintiffs, <br><br>     v. <br><br> UNITED STATES, <br><br>            Defendant. <br><br>     and <br><br> OM MATERIALS (SARAWAK) SDN BHD. <br><br>            Defendant-Intervenor. | Case No. 25-00131 |

**NOTICE OF REMOVAL OF ATTORNEY**

Please take notice that Lauren Shapiro has left the law firm Baker & McKenzie, and will no longer appear as an attorney in this proceeding. Therefore, we request that all papers in connection with this action be served only upon the undersigned.

Respectfully submitted,

Dated: April  27, 2026

/s/ _____

Christine Streatfeild

Baker & McKenzie LLP
815 Connecticut Avenue NW
Washington, DC 20006
Tel: (202) 835 6111
Email: christine.streatfeild@bakermckenzie.com

*Counsel for Defendant-Intervenor*

-2-