# UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE JOSEPH A. LAROSKI, JR., JUDGE

CC METALS AND ALLOYS, LLC
AND FERROGLOBE USA, INC.,

               Plaintiffs,

v.

UNITED STATES,

               Defendant,

and

OM MATERIALS (SARAWAK) SDN. BHD.

               Defendant-Intervenors.

**Consol. Court No. 25-00131**

## ORDER

Upon consideration of the Rule 56.2 motion for judgment on the agency record filed by plaintiffs, the responses in opposition filed by defendant, the United States, and defendant-intervenors, OM Materials (Sarawak) Sdn. Bhd., the record, and all other pertinent papers, it is hereby:

**ORDERED** that the plaintiffs' motions are **DENIED**; and it is further

**ORDERED** that the challenged determination is sustained in all respects.

**IT IS SO ORDERED.**

                        _____
                        JOSEPH A. LAROSKI, JR., JUDGE

Dated: _____
       New York, New York