## CERTIFICATE OF SERVICE

*CC Metals and Alloys, LLC, and Ferroglobe USA, Inc., v. United States*
Court No.: 25-00131

Pursuant to Rule 56.2(d) of the Rules of the Court of International Trade

("CIT"), and in accordance with the CIT's Administrative Order of September 23,

2025, I, Nathaniel J. Halvorson, certify that I served copies of the Confidential

Version of Defendant-Interventor OM Materials (Sarawak) Sdn. Bhd.'s Brief in

Opposition to Plaintiffs' Rule 56.2 Motion for Judgment on the Agency Record in

the above-titled matter on the following parties via secure electronic delivery, on

May 8, 2026.

| On Behalf of CC Metals and Alloys, LLC and Ferroglobe USA, Inc. Adam Henry Gordon The Bristol Group PLLC 1707 L Street, NW, Suite 1050 Washington, D.C. 20036 adam.gordon@bristolgrouplaw.com | Claudia Burke U.S. Department of Justice Commercial Litigation Branch – Civil Division P.O. Box 480 Ben Franklin Station Washington, DC 20044 claudia.burke@usdoj.gov |
|---|---|

Dated: May 8, 2026

Nathaniel J. Halvorson